UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| STARDOCK SYSTEMS, INC.,<br><br>                                          Plaintiff,<br><br>v.<br><br>PAUL REICHE, III and FREDERICK FORD,<br><br>                                          Defendants,<br><br>and<br><br>ROB DUBBIN,<br><br>                                          Third Party Defendant. | | **AMENDED STIPULATION OF VOLUNTARY DISMISSAL**<br><br>Case No.: 3:19-mc-00007 (TJM/DEP) |

**AMENDED STIPULATION OF VOLUNTARY DISMISSAL**

**PURSUANT TO F.R.C.P. 41(a)(1)(A)(ii)**

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, counsel for Plaintiff Stardock Systems, Inc. and Third Party Defendant Rob Dubbin through their respective counsel of record, hereby jointly stipulate and agree that the above-captioned action is voluntarily dismissed with prejudice in its entirety, and that no party hereto is an infant or incompetent.  Each party is to bear their own costs and fees.  The Parties request that the Clerk of the Court now close this case.

DATED: June 18, 2019          **NIXON PEABODY LLP**

                                              By:    */s/ Deanna R. Kunze*
                                                      Deanna R. Kunze (admitted pro hac vice)

                                              70 West Madison, Suite 3500
                                              Chicago, Illinois 60602-4224
                                              Phone: (312) 977-4400
                                              dkunze@nixonpeabody.com

                                              *Attorney for Plaintiff Stardock Systems, Inc.*

- 2 -

DATED: June 18, 2019   **PASSALACQUA & ASSOCIATES**

By:   */s/ Nicholas Passalacqua*
         Nicholas Passalacqua

612 Charlotte Street
Utica, NY
Phone: (315) 500-6425
nick@cnytriallaw.com

*Attorney for Third-Party Defendant Rob Dubbin*

IT IS SO ORDERED.
DATED:  June 21, 2019

*[signature]*
Thomas J. McAvoy
Senior, U.S. District Judge

- 2 -

4823-0044-3546.1